# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK TATE,<br><br>    Plaintiff,<br><br>v.<br><br>S. SULLIVAN,<br><br>    Defendant. | Case No. 1:19-cv-00346-AWI-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S MOTION SEEKING LEAVE TO DISMISS THIS CASE AND LEAVE TO AMEND TO ADD DEFENDANT(S)<br><br>(ECF NO. 7) |

    Derek Tate ("Plaintiff") is a state prisoner proceeding *pro se* in this action. On September 20, 2019, Plaintiff filed a motion seeking leave to dismiss this case and leave to amend to add defendant(s). (ECF No. 7).

    It is unclear what relief Plaintiff is seeking. If Plaintiff wishes to voluntarily dismiss his case without prejudice, he may file a notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff does not need Court approval to dismiss this case. Additionally, if the case is dismissed without prejudice, Plaintiff does not need court approval to file a new case with additional defendants.

    Alternatively, if Plaintiff is attempting to add defendants in this case, the Court will give Plaintiff thirty days from the date of service of this order to file an amended complaint.

    Accordingly, IT IS ORDERED that, within thirty days from the date of service of this order, Plaintiff shall either:

    1. File a notice of dismissal pursuant Federal Rule of Civil Procedure 41(a)(1)(A)(i) (or a motion, if necessary); or

2. File a First Amended Complaint.

IT IS SO ORDERED.

Dated: **September 24, 2019**  /s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE